**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ANDREW D. BLUTH, SB# 232387
  E-Mail: Andrew.Bluth@lewisbrisbois.com
TIMOTHY J. NALLY, SB# 288728
  E-Mail: Timothy.Nally@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants GLOBAL TRAVEL INTERNATIONAL INC., RANDALL J. WARREN, and MICHAEL GROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK ROBERTS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL TRAVEL INTERNATIONAL INC., RANDALL J. WARREN, and MICHAEL GROSS,<br><br>Defendants. | CASE NO. 2:18-cv-00294-KJM-GGH<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEFENDANTS GLOBAL TRAVEL INTERNATIONAL INC., RANDALL J. WARREN, AND MICHAEL GROSS' TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:   February 7, 2018<br>Trial Date:          None Set |

Plaintiff PATRICK ROBERTS ("Plaintiff") by and through his counsel of record, Joel D. Smith of Bursor & Fisher, P.A. and Defendants GLOBAL TRAVEL INTERNATIONAL INC., RANDALL J. WARREN, and MICHAEL GROSS (collectively as "Defendants"), by and through their counsel of record, Andrew D. Bluth of Lewis Brisbois Bisgaard & Smith LLP, hereby submit this Stipulation to Extend Defendants' Time to Respond to Plaintiff's Complaint to April 9, 2018, as follows:

**WHEREAS:**

1. Plaintiff filed the Complaint in this matter on February 7, 2018;

2. Plaintiff served Defendants with the Complaint; such that Defendants' initial

responsive pleadings deadline is March 9, 2018;

3. Defendants are researching Plaintiff's claims in order to explore the potential for an early resolution, as well as for the information necessary to fully respond to Plaintiff's allegations in a responsive pleading.

4. The parties agreed that it would serve the interest of judicial economy to allow additional time for Defendants to research Plaintiff's allegations and to potentially explore informal resolution before committing further resources to litigation;

5. The parties agreed, therefore, that good cause exists to extend Defendants responsive pleading deadline, such that the responsive pleading will be due on April 9, 2018;

6. The agreed upon extension will not prejudice any party and will not cause any delays with respect to any other dates, as no other dates have yet been scheduled.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Defendants' time to file a responsive pleading to Plaintiff's Complaint is extended. Defendants shall file its responsive pleading on or before April 9, 2018.

DATED: March 8, 2018        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     /s/ Andrew D. Bluth
        Andrew D. Bluth
        Attorneys for Defendants GLOBAL TRAVEL
        INTERNATIONAL INC., RANDALL J.
        WARREN, and MICHAEL GROSS

DATED: March 8, 2018        BURSOR & FISHER, P.A.

By:     /s/ Joel D. Smith
        Joel D. Smith
        Attorneys for Plaintiff PATRICK ROBERTS

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Joel D. Smith, counsel for Plaintiff, and that I have obtained Joel D. Smith's authorization to affix his electronic signature to this document.

DATED: March 8, 2018          By:     /s/ Andrew D. Bluth

**[PROPOSED] ORDER**

Based on the Parties' Stipulation, and good cause appearing.

**IT IS HEREBY ORDERED THAT Defendants,** Global Travel International Inc., Randall J. Warren, and Michael Gross shall have until April 9, 2018 to answer or otherwise respond to the Complaint.

DATED: March ___, 2018

———————————————
HON. KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT JUDGE